IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Marcie Bell | ) | Case No. |
| | ) | |
| | ) | |
| Plaintiff | ) | COMPLAINT |
| | ) | |
| | ) | |
| v. | ) | July Demand Requested |
| | ) | |
| First Choice Assets | ) | |
| 7954 Transit Road, Suite 304 | ) | |
| Williamsville, NY 14221-4117 | ) | |
| | ) | |

### COMPLAINT

Now comes Plaintiff, by and through his attorneys, and, for his Complaint alleges as follows:

1. Plaintiff, Marcie Bell, brings this action to secure redress from unlawful collection practices engaged in by Defendant, First Choice Assets Plaintiff alleges the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and any false, deceptive or misleading statements in connection with the collection of a debt. 15 U.S.C. Section 1692e

### JURISDICTION AND VENUE

3. This court has jurisdiction pursuant to 28 U.S.C. Section 1331, 1337, 1367; and 15 U.S.C. section 1692(d).

4. Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

5. Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").
6. Plaintiff is a resident of the State of Illinois.
7. Defendant, First Choice Assets is a New York corporation with a principal office located at 7954 Transit Road, Williamsville, New York 14221.
8. Unless otherwise stated herein, the term "Defendant" shall refer to First Choice Assets..
9. Defendant regularly attempts to collect debts owed or due another.
10. At all relevant times, Defendant owned the Debt or was retained to collect the Debt.
11. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. Section 1692(a)(5)

## FACTS APPLICABLE TO ALL COUNTS

12. On or about December 27, 2014, Plaintiff has received a letter from Defendant. See Exhibit A
13. The opening sentence of the letter stated "[O]ur client has flagged your account to be reviewed by an attorney." See Exhibit A.
14. The next paragraph stated "[P]rior to this account being forwarded to an attorney's office for review, you may contact our office to discuss payment arrangements on this account...." See Exhibit A.
15. Finally, said letter states "[A]lthough our office can not guarantee the outcome of the attorney review, we do want to provide you the opportunity to resolve this account with our office. All information obtained by our company pertaining to the recovery of this account will also be forwarded to the attorney for review. See Exhibit A.
16. In effect, Defendant is stating in paragraph 15 that it intends to investigate Plaintiff's situation by disclosing Plaintiff's debt to third parties.

17. Moreover, Defendant is threating legal action-even before the thirty day dispute period-if Plaintiff does not contact Defendant about the debt.
18. It has been almost five months since the letter was sent by Defendant and no law suit has taken place at all.
19. Based on the facts, there never was any intention of taking any action against the Plaintiff.

**FAIR DEBT COLLECTION PRACTICE ACT VIOLATIONS**

20. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully set forth herein at length.
21. Defendant violated 15 U.S.C. Section 1692e by threatening action which was both illegal and/or had no intention of taking.

WHEREFORE, the Court should enter Judgment in favor of Plaintiff and against Defendant for:

(1) Statutory damages;

(2) Attorney fees, litigation expenses and costs of suit; and

(3) Such other and further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands a trial by jury.

.                    Respectfully submitted,

/s/ John Carlin
John P. Carlin #6277222
Chang & Carlin, LLP
1305 Remington Rd., Ste. C
Schaumburg, IL 60173
jcarlin@changandcarlin.com
Attorney for Plaintiff